**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-24940-BLOOM**

JOSE MONTOYA RAMIREZ,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security (DHS); JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services (USCIS); DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Executive Associate Director, Enforcement and Removal Operations (ERO); and DIRECTOR, Miami Field Office, U.S. Immigration and Customs Enforcement (ICE);

Defendants.
_____________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [6] ("Notice"), filed on September 7, 2026. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [6]**, is **APPROVED** and **ADOPTED**;
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 8, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record